

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Glenn Hegar, Comptroller of Public Accounts v. Texas BLC, Inc.

Appellate case number:    01-18-00554-CV

Trial court case number:  D-1-GN-17-002768

Trial court:              250th District Court of Travis County

The motion for en banc reconsideration is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Hightower, Landau, Countiss, and Adams.

Date:  ___December 8, 2020_____